UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ANGELIQUE IORG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:18-cv-02953 MCE CKD (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. On November 9, 2018, plaintiff requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

On November 13, 2018, plaintiff paid the filing fee for this action, such that her motion to proceed in forma pauperis is rendered moot.

The federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. Because there is no basis for federal subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this action should not be dismissed. Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that the action be dismissed.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is denied as moot; and

2. No later than November 30, 2018, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Dated: November 16, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/ iorg2953.ifp-nojuris